FRANK & ASSOCIATES, P.C.
THE WORKPLACE LAW FIRM

NEIL M. FRANK, ESQ.

August 21, 2017

**VIA ECF**

Hon. Gary R. Brown
United States District Court, E.D.N.Y.
100 Federal Plaza
Central Islip, NY 11722

**Re: Flores, et al. v. Mamma Lombardi's of Holbrook, Inc. et. al.**
**Case No.: 12-cv-3532 (GRB)**

Dear Judge Brown:

We represent Plaintiffs in the above referenced action. We write jointly with Defendants to advise the Court that all issues raised in Plaintiffs' Motion to Enforce the Settlement Agreement have now been resolved in full.

Defendants have agreed to provide full satisfaction to the Class Members who are the subject of Plaintiffs' Motion within thirty (30) days of August 18, 2017. We thereby respectfully request that the Court stay any decision on Plaintiffs' Motion for thirty (30) days from August 18, 2017 to allow time for Defendants to make payment pursuant to the parties' agreement. Once payment is received, Plaintiffs will so advise the Court and withdraw the Motion to Enforce the Settlement Agreement.

We thank the Court for its time and consideration in this matter.

Respectfully submitted,
**FRANK & ASSOCIATES, P.C.**

/s/ Joseph A. Myers
Joseph A. Myers, Esq.

cc: Robert Lipman, Esq.
*Attorney for Defendants*

500 Bi-County Blvd. Ste. 465 • Farmingdale, NY 11735 • Tel: 631.756.0400 • Fax: 631.756.0547
nfrank@laborlaws.com • www.laborlaws.com